UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOSEPH LUMPKIN, JR,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-0622 RSM

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

      Plaintiff, proceeding *pro se*, filed a complaint for Social Security Disability Benefits on April 28, 2023. Dkt. 1. On May 4, 2023, this Court entered an order stating that Plaintiff's application to proceed *in forma pauperis* (IFP) is deficient because he indicated no income, no sources of money, no money on hand or in accounts, no property, and no monthly expenses. Dkt. 4. The Court ordered Plaintiff to submit a revised, signed IFP application with detailed financial information within twenty days of the order, therefore Plaintiff was required to submit a revised, signed IFP application by May 24, 2023. *Id*. The Court advised that failure to do so may result in the denial of his application and/or dismissal. *Id*. To date, Plaintiff has failed to comply with the Court's order. Accordingly, the Court dismisses this case without prejudice.

      DATED this 2nd day of June, 2023.

Ricardo S. Martinez
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1